**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CIVIL ACTION NO. 2018-cv-00121-KKC**
*Electronically filed*

**DAVID WEBB**                                                                  **PLAINTIFF**

**VS.**

**BLACK JEWEL, LLC AND**
**REVELATION ENERGY, LLC**                                         **DEFENDANTS**

\* \* \* \* \*

## AGREED ORDER OF REMAND

Plaintiff and Defendants, by counsel, hereby agree to remand this case to the Knott Circuit Court, subject to the Court's approval.

Based on the foregoing, the Parties hereby agree to the following:

(1) The immediate remand of this matter to the Knott Circuit Court; and

(2) Each party shall bear its own costs and attorney fees associated with the removal of this action and the subsequent remand.

WHEREFORE, THE COURT, AFTER BEING DULY AND SUFFICIENT ADVISED, IT IS HEREBY ORDERED AND ADJUDGED that this matter shall be remanded to the Knott Circuit Court in the Commonwealth of Kentucky for all further proceedings.

This the ____ of _____, 2019.

                                                                _____
                                                                 HON. KAREN K. CALDWELL
                                                                 UNITED STATES DISTRICT JUDGE

Seen and agreed to by:

| COLLINS, COLLINS & CONLEY PSC | SPILMAN, THOMAS AND BATTLE |
|---|---|
| */s/ M. Patrick Conley* | */s/ Mark Heath (w/permission)* |
| | Mark Heath |
| M. Patrick Conley, Esq. | 300 Kanawha Boulevard, East |
| P.O. Box 727 | Charleston, WV 25301 |
| Hindman, KY 41822 | T: (304) 340-3800 |
| T: (606) 785-5048 | mheath@spilmanlaw.com |
| patrick@collinsconley.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |